UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JOHN HARRISON,<br><br>       Plaintiff,<br><br> v.<br><br>ADAM FORTNEY, et al.,<br><br>       Defendants. | Case No. C20-0761-RAJ-MAT<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

On May 21, 2020, the Court issued an Order to Show Cause directing a response from plaintiff within thirty days. (Dkt. 5.) Shortly thereafter, plaintiff requested confirmation of his pro se status to access the law library and respond to the Court's Order. (Dkt. 6.) The Court herein confirms plaintiff proceeds pro se and *in forma pauperis* in this matter. (*See* Dkt. 3.) The Court also resets the deadline for responding to the Order to Show Cause to **thirty (30) days** from the date of this Order. Failure to comply will result in a recommendation this action be dismissed.

DATED this 1st day of July, 2020.

                WILLIAM M. MCCOOL, Clerk

                By: s/ Gary W. Burnopp
                   Deputy Clerk