1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW JOHN HARRISON,

                     Plaintiff,

    v.

ADAM FORTNEY, et al.,

                   Defendants.

CASE NO. C20-0761-RAJ-MAT

REPORT AND RECOMMENDATION

Plaintiff proceeds pro se and *in forma pauperis* in this civil rights matter pursuant to 42 U.S.C. § 1983.  On July 1, 2020, the Court issued an Order granting plaintiff an additional thirty days to respond to an Order to Show Cause and, on July 8, 2020, the copy of the Order sent to plaintiff was returned to the Court as undeliverable.  (*See* Dkts. 7-8.)

Pursuant to Local Civil Rule (LCR) 41(b)(2), plaintiff is required to keep the Court and opposing parties advised as to his current address.  "If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider,  and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to

REPORT AND RECOMMENDATION
PAGE - 1

1   prosecute." LCR 41(b)(2).

2      In this case, more than sixty days have elapsed since the Court's mailing to plaintiff was

3   returned by the Post Office as undeliverable.  Given plaintiff's failure to keep the Court apprised

4   of his current mailing address, as well as his failure to respond to an Order to Show Cause (*see*

5   Dkt. 5), the Court recommends dismissal of this action without prejudice for failure to prosecute.

6   A proposed Order accompanies this Report and Recommendation.

7                                    DEADLINE FOR OBJECTIONS

8      Objections to this Report and Recommendation, if any, should be filed with the Clerk and

9   served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

10  and Recommendation is signed.  Failure to file objections within the specified time may affect

11  your right to appeal.  Objections should be noted for consideration on the District Judge's motions

12  calendar for the third Friday after they are filed.  Responses to objections may be filed within

13  **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be

14  ready for consideration by the District Judge on **October 9, 2020**.

15     DATED this 14th day of September, 2020.

16

17                                                  _____
                                                    Mary Alice Theiler
18                                                  United States Magistrate Judge

19

20

21

22

23

REPORT AND RECOMMENDATION
PAGE - 2