UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JOHN HARRISON,<br><br>                      Plaintiff,<br><br>  v.<br><br>ADAM FORTNEY, et al.,<br><br>                      Defendants. | CASE NO. C20-0761-RAJ-MAT<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint, and this action, are DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the

ORDER DISMISSING ACTION
PAGE - 1

Honorable Mary Alice Theiler.

DATED this 20th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2